UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NICOLAS LOPEZ ROSADO, on behalf of himself, and others similarly situated,

                      Plaintiff,

-against-

MANHATTAN LUXURY AUTOMOBILES, INC., *dba* LEXUS OF MANHATTAN, *or any other business entity doing business as* "LEXUS OF MANHATTAN", located at 627 Eleventh Avenue, New York, NY 10036; ERNIE'S AUTO DETAILING, INC., ERNESTO DECENA and CARMINE PENELLA, individually,

                      Defendants.

Case No.: 19 cv 2899

**NOTICE OF VOLUNTARY DISMISSAL**

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Nicolas Lopez Rosado, and his counsel, Cilenti & Cooper, PLLC, hereby give notice that the above-captioned action is voluntarily dismissed against the Defendants, Manhattan Luxury Automobiles, Inc., dba Lexus of Manhattan; Ernie's Auto Detailing, Inc., Ernesto Decena and Carmine Penella.

Dated: New York, New York
       April 25, 2019

                                      Respectfully submitted,

                                      CILENTI & COOPER, PLLC
                                      **Attorneys for Plaintiff**
                                      708 Third Avenue – 6th Floor
                                      New York, New York 10017
                                      T. (212) 209-3933

                                      By: _____
                                             Peter H. Cooper (PHC4714)

**So Ordered:**

_____