UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSADO,

                                                                            No. 19 CV02899 -LTS-JLC

                Plaintiff,

    -against-                                                     ORDER

MANHATTAN LUXURY AUTOMOBILES, INC. et al.,

                Defendants.

        Plaintiff has filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). Plaintiff is hereby ORDERED to file a letter with the Court within 10 days stating whether the proposed dismissal is pursuant to a settlement. If the dismissal is pursuant to a settlement, it is hereby ORDERED that the parties file the proposed settlement agreement for Court approval of the agreement as fair and reasonable within 45 days of the date hereof. The approval request must be supported by a declaration and any other evidence necessary to support the requested determination. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 205 (2d Cir. 2015).

        SO ORDERED.

        Dated: New York, New York
               May 16, 2019

                                                                _/s/ Laura Taylor Swain____
                                                                 LAURA TAYLOR SWAIN
                                                                  United States District Judge