# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street - 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102

May 17, 2019

**BY ECF**

Chambers of Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:        *Rosado v. Manhattan Luxury Automobiles, et. al.*
    Case No.:  19 CV 2899 (LTS)(JLC)

Dear Judge Swain,

    We write with reference to the court's order filed May 16, 2019 [Docket 7].

    The action was dismissed pursuant to the instructions of the plaintiff, who stated he did not want to proceed with the case and would offer no assistance with counsel. We are unaware of any settlement of the case and plaintiff denied there was any settlement. We note that the dismissal is without prejudice.

    Thank you for your consideration of this matter.

Respectfully,

Peter H. Cooper