USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLAS LOPEZ ROSADO, on behalf of
himself, and others similarly situated,

                  Plaintiff,

-against-

MANHATTAN LUXURY AUTOMOBILES, INC.,
*dba* LEXUS OF MANHATTAN, *or any other business
entity doing business as* "LEXUS OF MANHATTAN",
located at 627 Eleventh Avenue, New York, NY 10036;
ERNIE'S AUTO DETAILING, INC., ERNESTO DECENA
and CARMINE PENELLA, individually,

                  Defendants.

Case No.: 19 cv 2899

**NOTICE OF
VOLUNTARY
DISMISSAL**

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Nicolas Lopez Rosado, and his counsel, Cilenti & Cooper, PLLC, hereby give notice that the above-captioned action is voluntarily dismissed against the Defendants, Manhattan Luxury Automobiles, Inc., dba Lexus of Manhattan; Ernie's Auto Detailing, Inc., Ernesto Decena and Carmine Penella.

Dated: New York, New York
       April 25, 2019

                              Respectfully submitted,

                              CILENTI & COOPER, PLLC
                              **Attorneys for Plaintiff**
                              708 Third Avenue – 6th Floor
                              New York, New York 10017
                              T. (212) 209-3933

                 By: _____
                              Peter H. Cooper (PHC4714)

**So Ordered:**
_____ 5/20/2019